UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL J. GALE,

    Plaintiff,

v.

SAIF CORPORATION; MELISSA PIERCE, *Claims Adjuster for SAIF*; TIA LAFONTAINE, *Claims Adjuster for SAIF*; BROWN TRANSFER, INC.; TANASBOURNE PLASTIC SURGERY; SHELDON R. COBER, M.D.; PROVIDENCE OCCUPATIONAL HEALTH HILLSBORO; BEAVERTON ARMWORKS HAND THERAPY, LLC,

    Defendants.

Case No. 3:18-cv-00707-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [105] on January 3, 2020, in which he recommends that the Court should grant in part Defendants' motions to dismiss Plaintiff's Second Amended Complaint [88]. Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

1 – ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [105]. Therefore, Defendant's Motions to Dismiss [90, 91, 92, 93, 96] are GRANTED.

IT IS SO ORDERED.

DATED: ___February 16, 2020___.

MARCO A. HERNÁNDEZ
United States District Judge